JS6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| J.E.S.,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>MARTIN J. O'MALLEY,<br><br>Commissioner of Social Security,<br><br>　　　　　　　Defendant. | Case No. 2:23-cv-01495-SHK<br><br><br>JUDGMENT |

It is the judgment of this Court that the Social Security Commissioner's decision is REVERSED and this case is REMANDED to the Social Security Administration for further proceedings consistent with this Court's Opinion and Order.

DATED: 2/5/2024

_____
HONORABLE SHASHI H. KEWALRAMANI
United States Magistrate Judge